# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RICHARD BLOCK**                                                     **PLAINTIFF**
**ADC #130743**

**v.**                           **Case No. 4:20-cv-00874-KGB**

**HANK HOLLINGER, Investigator,**                             **DEFENDANT**
**Monticello Police Department**

## ORDER

Plaintiff Richard Block, an inmate at the Drew County Detention Center, filed a *pro se* complaint on July 30, 2020 (Dkt. No. 2). On December 4, 2020, the Court denied as incomplete Mr. Block's application to proceed *in forma pauperis* (Dkt. Nos. 1, 3). The December 4, 2020, Order directed Mr. Block to either (1) pay the $402.00 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* within 30 days, or by Monday, January 4, 2021 (*Id.*). Mr. Block was advised that, if he failed to do so timely, this case would be dismissed without prejudice. Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). A copy of the Court's December 4, 2020, Order was mailed to Mr. Block at his address of record along with an *in forma pauperis* application (Dkt. Nos. 4, 5).

As of the date of this Order, Mr. Block has not complied with the Court's Order of December 4, 2020, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 27th of January, 2021.

*Kristine G. Baker*

Kristine G. Baker
United States District Judge