# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD BLOCK**  **PLAINTIFF**
**ADC #130743**

v.   Case No. 4:20-cv-00874-KGB

**HANK HOLLINGER, Investigator,**  **DEFENDANT**
**Monticello Police Department**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Richard Block's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 27th of January, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge